# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TATE, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-00614-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 7)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

　　　　Plaintiff Rodney Jerome Womack ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On May 20, 2019, the undersigned issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the filing fee in full to proceed with this action.  (ECF No. 8.) Plaintiff did not file objections.[1]  On December 18, 2019, following a *de novo* review of the case, the assigned District Judge adopted the findings and recommendations, denied Plaintiff's application to proceed *in forma pauperis*, and ordered Plaintiff to pay the filing fee in full to

---

[1] On June 13, 2019, Plaintiff filed a motion for a preliminary injunction, (ECF No. 9), which referenced the findings and recommendations.  The merits of Plaintiff's motion were not addressed by the District Judge.

1

1 proceed with this action. (ECF No. 10.) On January 2, 2020, in lieu of paying the filing fee, Plaintiff filed a notice of appeal of the District Judge's order adopting the findings and recommendations. (ECF No. 11.)

On May 19, 2020, the Ninth Circuit Court of Appeals found that although the Court properly concluded that Plaintiff has had at least three prior actions dismissed for a qualifying reason under 28 U.S.C. § 1915(g), Plaintiff made plausible allegations that he was "under imminent danger of serious physical injury" at the time he lodged the complaint. (ECF No. 17.) The Ninth Circuit summarily reversed the December 18, 2019 order adopting the findings and recommendations and remanded for further proceedings consistent with its order. (Id.) The Ninth Circuit issued its mandate on June 10, 2020. (ECF No. 18.)

Pursuant to the Ninth Circuit's May 19, 2020 order and June 10, 2020 mandate, Plaintiff has made the showing required by § 1915(a) and has met the "imminent danger" exception to § 1915(g). Accordingly, the request to proceed *in forma pauperis* is granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 7), is GRANTED;
2. **The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this**

**action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **June 11, 2020**                          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE