UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>        Plaintiff,<br><br>    v.<br><br>H. TATE,<br><br>        Defendant. | No. 1:19-cv-00614-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST THAT HIS UNTIMELY OBJECTIONS TO FINDINGS AND RECOMMENDATIONS BE CONSIDERED BUT LEAVING THE COURT'S PRIOR ORDER IN EFFECT<br><br>(Doc. Nos. 40, 41) |

Plaintiff Rodney Jerome Womack is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 20, 2021, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations, recommending that this action proceed only against defendant Tate for deliberate indifference in violation of plaintiff's rights under the Eighth Amendment and that all other claims and defendants be dismissed from this action due to plaintiff's failure to state a claim upon which relief may be granted. (Doc. No. 34.) No objections were filed within the allotted time, and on April 2, 2021, the undersigned adopted the findings and recommendations in full. (Doc. No. 37.) On April 5, 2021, the assigned magistrate judge ordered service on defendant Tate. (Doc. No. 38.)

/////

1

On April 26, 2021, plaintiff's untimely objections to the findings and recommendations and a notice to the court regarding those objections were entered on the court's docket. (Doc. Nos. 40, 41.) Plaintiff requests that the court accept and consider his untimely objections. (Doc. No. 41.) In his filing, plaintiff states that he made a mistake: while he prepared objections to the findings and recommendations on time, he forgot to mail those objections and he did not become aware of his mistake until April 9, 2021, when he received the court's order adopting the findings and recommendations (Doc. No. 37). (Doc. No. 41 at 1–2.)

Although plaintiff's objections to the January 20, 2021 findings and recommendations are untimely, the court has nonetheless reviewed and considered those objections. Therein plaintiff asserts that his claims against defendants Z. Taylor, S. Shiesha, and S. Gates should not have been dismissed because those individuals have received medical training and they reviewed and ruled against the medical grievances he submitted. (*Id*.) Plaintiff's objections simply do not provide any compelling basis sufficient to persuade the undersigned to reject well-reasoned findings and recommendations.

Accordingly, plaintiff's request that his untimely objections to the January 20, 2021 findings and recommendations (Doc. Nos. 40, 41), is granted and, having considered those objections, the court's April 2, 2021 order adopting the findings and recommendations is confirmed and will remain in effect.

IT IS SO ORDERED.

Dated: **May 3, 2021**

UNITED STATES DISTRICT JUDGE