1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RODNEY JEROME WOMACK, | Case No.  1:19-cv-00614-DAD-BAM (PC) |
| 12  Plaintiff, | ORDER GRANTING REQUEST TO OPT-OUT OF POST-SCREENING ADR PROJECT |
| 13  v. | (ECF No. 49) |
| 14  TATE, *et al.*, | ORDER LIFTING STAY OF PROCEEDINGS |
| 15  Defendants. | ORDER VACATING SEPTEMBER 17, 2021 SETTLEMENT CONFERENCE |
| 16 | (ECF No. 48) |
| 17 | ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING |
| 18 | ORDER |

19

20       Plaintiff Rodney Jerome Womack ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

21 *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

22 Plaintiff's first amended complaint against Defendant Tate for deliberate indifference in violation

23 of the Eighth Amendment.

24       On July 13, 2021, the Court identified this case as an appropriate case for the post-

25 screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the

26 parties an opportunity to settle their dispute before the discovery process begins.  (ECF No. 48.)

27 The Court's order granted Defendant time to investigate and determine whether to opt out of the

28 post-screening ADR project.

1

On August 12, 2021, Defendant filed a notice to opt-out of the ADR project and request to vacate the settlement conference.  (ECF No. 49.)  Therefore, the stay is lifted, and the September 17, 2021, settlement conference is vacated.  This case is now ready to proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court.  However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of early alternative dispute resolution, (ECF No. 49), is GRANTED;

2. The stay of this action, (ECF No. 48), is LIFTED;

3. The September 17, 2021 settlement conference is VACATED;

4. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and

5. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **August 13, 2021**                   /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE