# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK, | Case No. 1:19-cv-00614-ADA-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| TATE, *et al.*, | |
| Defendants. | (ECF Nos. 67, 71) |

Plaintiff Rodney Jerome Womack ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Tate for deliberate indifference in violation of the Eighth Amendment for failing to provide "any type" of medical treatment for Plaintiff's pain when he was previously housed at California Correctional Institution.

On August 30, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's motion for preliminary injunction be denied. (ECF No. 71.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) No objections were filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 30, 2022, (ECF No. 71), are ADOPTED IN FULL;
2. Plaintiff's motion for preliminary injunction, (ECF No. 67), is DENIED; and
3. The matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   October 24, 2022

UNITED STATES DISTRICT JUDGE

2