UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. TATE, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00614-NODJ-CDB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A 45-DAY EXTENSION OF TIME**<br><br>(Doc. 82)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR 45-DAY EXTENSION OF TIME**<br><br>(Doc. 85) |

　　　Plaintiff Rodney Jerome Womack is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　　RELEVANT BACKGROUND**

　　　On December 5, 2023, United States Magistrate Judge Barbara A. McAuliffe issued an Order of Recusal. (Doc. 86.) As a result, on that date, this action was assigned to the undersigned as magistrate judge. (*Id*.)

　　　Pending on the docket for this action are the following motions or requests: (1) Defendant's motion to compel further responses to interrogatories filed September 11, 2023 (Doc. 78); (2) Plaintiff's request for a 45-day extension of time filed November 22, 2023 (Doc. 82); and (3) Defendant's request for an extension of time within which to file a reply filed December 4,

2023 (Doc. 85.)

## II. DISCUSSION

Plaintiff seeks a 45-day extension of the deadline to provide a supplemental response to Defendant's Interrogatory No. 21. The deadline was October 17, 2023.[1] Briefly stated, Plaintiff asks for additional time to allow for his receipt of medical records from Salinas Valley State Prison necessary to respond to the interrogatory at issue.

Defendant seeks a 45-day extension of time, up to and including January 22, 2024, within which to file a reply to Plaintiff's opposition to Defendant's motion to compel. The deadline was December 6, 2023. Briefly stated, counsel for Defendant requests additional time to evaluate Plaintiff's opposition, in part to determine whether to prepare a reply brief or to withdraw the pending motion to compel, and to consult with the previously assigned deputy attorney general who is to return shortly from a leave of absence.

Both extensions of time will be granted. The parties are advised the undersigned disfavors late requests for extensions of time or requests for extensions of time brought on the day of the deadline. Such requests should be brought "as soon as the need for an extension becomes apparent." Local Rule 144(d).  In particular, Plaintiff is cautioned that this Court will adhere strictly to governing deadlines. Further, late filings may not be accommodated and tardy requests for an extension of a deadline that has passed could result in the imposition of sanctions for a failure to obey court orders. *See, e.g.,* Local Rule 110.

## III. CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for a 45-day extension of time within which to provide supplemental responses to Interrogatory No. 21 (Doc. 82) is **GRANTED**. Plaintiff **SHALL** provide a supplemental response to Defendant **no later than January 8, 2024**. Plaintiff should not file his supplemental response with the Court; and

//

---

[1] *See* Order Granting Plaintiff's Motion for Extension of Time to Serve Supplemental Response to Interrogatory No. 21. (Doc. 77.)

2. Defendant's request for a 45-day extension of time within which to respond to Plaintiff's opposition to Defendant's motion to compel (Doc. 85) is **GRANTED**. Defendant **SHALL** file a response **no later than January 22, 2024**.

IT IS SO ORDERED.

Dated: **December 14, 2023**

UNITED STATES MAGISTRATE JUDGE

3