UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H. TATE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00614-KES-CDB<br><br>**ORDER RESETTING DISPOSITIVE MOTION DEADLINE**<br><br>Motion Deadline: 8/12/2024 |

　　　Plaintiff Rodney Jerome Womack is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Following resolution of Defendant's motion to compel further responses to interrogatories (*see* Docs. 91 & 94), discovery has closed, and dispositive motions remain to be filed and resolved prior to any trial setting proceedings.[1]

　　　Accordingly, **IT IS HEREBY ORDERED** that any dispositive motions **SHALL** be filed **no later than August 12, 2024**.

IT IS SO ORDERED.

　Dated:　**June 5, 2024**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Then assigned Magistrate Judge Barbara A. McAuliffe vacated the previously imposed deadline in an order issued September 12, 2023. (Doc. 80.) The order stated, in relevant part: "As necessary and appropriate, the Court will reset the dispositive motion deadline following resolution of the pending motion to compel." (*Id*. at 2.)