UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>    Plaintiff,<br><br>  v.<br><br>H. TATE, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00614-KES-CDB<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ORDER VACATING DISPOSITIVE MOTION DEADLINE**<br><br>(Doc. 97) |

Plaintiff Rodney Jerome Womack is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

On June 5, 2024, this Court issued its Order Resetting Dispositive Motion Deadline. (*See* Doc. 95.)

On June 18, 2024,[1] Defendant H. Tate (the sole defendant in this action) filed an Ex Parte Application for Order Vacating Dispositive Motion Deadline. (Doc. 97.) Briefly stated, Defendant advises Plaintiff did not file supplemental responses to three of Defendant's interrogatories as previously ordered by the Court, necessitating another motion to compel by Defendant. Because Defendant believes Plaintiff's responses to the outstanding discovery demands would "be beneficial, if not necessary" for a summary judgment motion, Defendant

---

[1] On this same date, Defendant filed a third motion to compel further responses to interrogatories. (Doc. 96.)

requests the Court to vacate the previously set August 12, 2024, dispositive motion deadline pending resolution of Defendant's third motion to compel further responses to interrogatories.

## II.     CONCLUSION AND ORDER

For good cause shown, **IT IS HEREBY ORDERED** that the previously imposed dispositive motion deadline of August 12, 2024, is **VACATED**, to be reset following resolution of Defendant's pending motion to compel.

IT IS SO ORDERED.

Dated:   **June 21, 2024**                                   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                             UNITED STATES MAGISTRATE JUDGE