UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>        Plaintiff,<br><br>  v.<br><br>H. TATE, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00614-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>Docs. 96, 99 |

Plaintiff Rodney Jerome Womack is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on May 7, 2019. Doc. 1. Defendants have expended significant efforts to obtain discovery responses from Plaintiff through filing five motions to compel. Docs. 55, 61, 69, 78, 96.[1] Despite the Court granting multiple extensions of time and opportunities to comply, Plaintiff has not satisfied his discovery obligations or effectively prosecuted this action. On July 16, 2024, the assigned magistrate judge issued findings and recommendations, recommending that the action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute, including failure to comply with discovery obligations. *See*

---

[1] Defendants' fifth motion to compel remains pending, Doc. 96, and is hereby DENIED through dismissal of this action.

1   Doc. 99.  More than 14 days have elapsed, and no objections have been filed.
2        In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
3   novo review of this case.  Having carefully reviewed the file, the Court finds the findings and
4   recommendations to be supported by the record and proper analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6       1.  The findings and recommendations issued on July 16, 2024 (Doc. 99) are ADOPTED
7           IN FULL;
8       2.  This action is DISMISSED, without prejudice, for Plaintiff's failure to obey court
9           orders and failure to prosecute; and
10      3.  The Clerk of the Court shall vacate any pending deadlines and CLOSE this case.

13  IT IS SO ORDERED.
14      Dated:   November 21, 2024

                         UNITED STATES DISTRICT JUDGE